# Court of Appeals
# of the State of Georgia

ATLANTA, February 19, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0322.  SIM JAMES POPE JR. v. THE STATE.**

Sim James Pope, Jr., filed this direct appeal from the superior court's order denying his motion for release from sex offender registry requirements.  See OCGA § 42-1-19.  Under OCGA § 5-6-35 (a) (5.2), however, "[a]ppeals from decisions of superior courts granting or denying petitions for release pursuant to Code Section 42-1-19" must be taken by application for discretionary appeal.  Pope's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/19/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*